Case 1:25-mj-00180-GMH    Document 1-

Case: 1:25-mj-00180
Assigned To: Judge Harvey, G. Michael
Assign. Date: 8/27/2025
Description: COMPLAINT W/ARREST WARRANT

**STATEMENT OF FACTS**

1. On August 26, 2025, at approximately 8:14am, U.S. Capitol Police (USCP) Officer Benjamin Marzouk (PIN 8411) was posted at the Memorial Door of the U.S. Capitol Building in Washington, D.C. Officer Marzouk was in fully marked U.S. Capitol Police gear.

2. Officer Marzouk observed a female wearing a black shirt, yellow and red pants, and black "Croc" shoes, subsequently identified as Collette MEATH, walking westbound from 1st St. NE and East Capitol St. NE, on the deck of the Capitol Plaza, towards the Rotunda Steps. MEATH was holding a brown bag.

3. At the bottom of the first landing of the Rotunda Steps, there are bike racks placed from north to south to restrict civilians from further accessing the restricted area.

4. MEATH walked to the bike racks and began to climb over them.

5. Officer Marzouk, joined by USCP Officer Russell Carney (PIN 7526), who was also in fully marked USCP gear, gave verbal commands to MEATH to get off the bike racks and informed her that she was not allowed to enter the restricted area.

6. MEATH disregarded the officers' commands and climbed over the bike racks. She then started ascending the steps on the restricted side of the bike racks.

7. Officer Marzouk, along with USCP Officer Theresa Hildenbrand (PIN 6884) and USCP Officer Andwi Nepomuceno (PIN 7410), both of whom were also in fully marked USCP gear, followed MEATH up the Rotunda steps in an attempt to detain and arrest her.

8. Officer Nepomuceno grabbed MEATH's right arm and placed it behind her back to arrest MEATH. Officer Hildenbrand attempted to grab MEATH's left arm, which was holding the brown bag. MEATH attempted to clench her arms and hands to her chest, resisting arrest and not allowing officers to place her in handcuffs. When Officer Hildenbrand attempted to pull MEATH's arm behind her back, MEATH bit Officer Hildenbrand's left hand.

9. Officer Carney assisted in getting MEATH's hands behind her back and Officer Marzouk placed MEATH in handcuffs.

10. MEATH was identified by her Pennsylvania driver's license, which was seized from her person during a search incident to arrest.

11. Based on the foregoing facts, Your Affiant submits that there is probable cause to find that, on August 26, 2025, in the District of Columbia, MEATH did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in 18 U.S.C. § 1114, to wit: U.S. Capitol Police Officer Theresa Hildenbrand, who was engaged in official duties, and MEATH made physical contact with U.S. Capitol Police Officer Theresa Hildenbrand and in violation of 18 USC § 111(a)(1).

Respectfully submitted,

*Jeffry Hardy*

Jeffry Hardy
Special Agent / 6206
U.S. Capitol Police

Respectfully submitted and attested to in accordance with the requirements of Federal Rule of Criminal Procedure 4.1 by telephone on August 27, 2025.

_____
HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE