UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 25-MJ-00180 |
| v. | : | |
| | : | |
| COLLETTE MEATH, | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S MOTION FOR LEAVE TO DISMISS THE COMPLAINT WITHOUT PREJUDICE

The United States by and through its attorney, the United States Attorney for the District of Columbia, moves to dismiss the criminal complaint against Defendant Collette Meath, without prejudice, pursuant to Federal Rule of Criminal Procedure 48(a). On August 27, 2025, the defendant was charged by Complaint with one count of assaulting, resisting, or impeding certain officers and employees of the United States, in violation of 18 U.S.C. § 111(a)(1), for alleged criminal acts that occurred on or about August 26, 2025. A preliminary hearing was scheduled for September 17, 2025, at 11:00 am.

On or about September 16, 2025, an Information was filed and a Summons issued in the Superior Court for the District of Columbia, Case No. 2025 CMD 11704, charging the Defendant with one count of misdemeanor assault of an officer, in violation of 22 D.C. Code 405(b), relating to Defendant's alleged acts on or about August 26, 2025.

The government has determined that dismissal of this matter in the District Court for the District of Columbia is in the interests of justice and respectfully requests leave of the Court to dismiss the complaint without prejudice. *See* Fed. R. Crim. P. 48(a) ("The government may, with leave of court, dismiss an indictment, information, or complaint.").

1

                                                  Respectfully submitted,

                                                  JEANINE FERRIS PIRRO
                                                  UNITED STATES ATTORNEY

By          /s/
            Sarah Ranney (NY Bar No. 5050919)
            Assistant United States Attorney
            601 D Street NW
            Washington, DC 20530
            Office: (202) 252-7051
            Sarah.Ranney@usdoj.gov